# United States Court of Appeals for the Federal Circuit

---

**UCB, INC., UCB PHARMA GMBH, LTS LOHMANN THERAPIE-SYSTEME AG,**
*Plaintiffs-Appellants*

v.

**ACTAVIS LABORATORIES UT, INC.,**
*Defendant-Appellee*

-------------------------------------------------

**UCB, INC., UCB PHARMA GMBH, LTS LOHMANN THERAPIE-SYSTEME AG,**
*Plaintiffs-Appellants*

v.

**MYLAN TECHNOLOGIES INC.,**
*Defendant-Appellee*

---

2021-1924, 2021-2336

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-00474-KAJ, 2:19-cv-00128-cr, Chief Judge Christina Reiss, Circuit Judge Kent A. Jordan.

---

**MANDATE**

_____

In accordance with the judgment of this Court, entered April 12, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

                        FOR THE COURT

<u>May 26, 2023</u>           <u>/s/ Peter R. Marksteiner</u>
    Date                Peter R. Marksteiner
                         Clerk of Court